738

*Arthur Ed. Saylor*, First Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The judgment of sentence is vacated and this case is remanded for resentencing in accordance with *Commonwealth v. Daniel*, 430 Pa. 642, 243 A. 2d 400 (1968).

March 13, 1969

Chemical Leaman Tank Lines, Inc. et al.,
Appellants, *v.* Pennsylvania Public
Utility Commission.

Argued December 12, 1968.   *Alan L. Reed*, with him *James W. Patterson*, and *Morgan, Lewis & Bockius*, for appellants; *William A. Goichman*, Assistant Counsel, with him *Edward Munce*, Acting Counsel, for Pennsylvania Public Utility Commission; *Samuel J. Reich*, with him *Alexander Cooper*, and *Cooper, Goodman & Schwartz*, for intervening appellee.

Order affirmed.

Commonwealth ex rel. Goldner *v.* Goldner,
Appellant.

Before SMILLIE, J.

Argued December 13, 1968.   *Louis Lipschitz*, with him *Joseph L. Fox*, for appellant; *Thomas E. Waters, Jr.*, with him *Waters, Fleer, Cooper & Gallager*, for appellee.

Order affirmed.

WRIGHT, P. J., would reverse and remand for appropriate reduction.

## Commonwealth ex rel. Weiner v. Weiner, Appellant.

Before BONNELLY, P. J.

Argued December 11, 1968. *Marvin Comisky*, with him *Leonard Dubin, Harry O. Boreth,* and *Blank, Rome, Klaus & Comisky*, for appellant; *B. Nathaniel Richter*, for appellee.

Order affirmed.

WRIGHT, P. J., would reverse and remand for appropriate reduction.

MONTGOMERY, J., would reduce the order to $200 per week.

## Commonwealth v. Ulmer, Appellant.

Before LOWE, J.

Argued December 12, 1968. *Jean B. Green*, for appellant; *Richard A. Devlin*, Assistant District Attorney, with him *Henry T. Crocker* and *Paul W. Tressler*, Assistant District Attorneys, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-